## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:15cv153

| | | |
|---|---|---|
| **DEBORAH C. ERVIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **COMSERV, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

The Court's Pretrial Order requires that prior to filing a motion seeking an order regarding discovery that the party first requests a conference with the magistrate judge assigned to the case. (Order, Jan. 13, 2016, at p. 4-5, ECF No. 11.) After consultation with counsel regarding the potential filing of a discovery motion in this case, the Court **DIRECTS** the parties to appear by teleconference at 9:00 a.m. on Thursday, April 21, 2016, to address the potential discovery motion. The parties shall jointly call the main office line for chambers at 9:00 a.m. The telephone number is 828-771-7240.

Signed: April 19, 2016

Dennis L. Howell
United States Magistrate Judge