# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15cv153

| DEBORAH C. ERVIN, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| COMSERV, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the Court's Pretrial Order, which requires that prior to filing a motion seeking an order regarding discovery that the party first request a conference with the magistrate judge assigned to the case, the Court held a teleconference with the parties at 9:00 a.m. on Thursday, April 21, 2016. Consistent with the Court's oral directives during this teleconference, the Court **DIRECTS** the parties as follows:

(1) Plaintiff shall have ten (10) days from the entry of this Order to fully and completely respond to Defendant's discovery requests.

(2) Plaintiff has waived all objections to Defendant's discovery requests other than any applicable privilege.

(3) If Plaintiff fails to respond fully to discovery in ten days, Defendant shall file a motion to compel with the Court.

(4) The Court **EXTENDS** the Defendant's expert discovery deadline until May 16, 2016. If additional time is needed, Defendant may file a motion requesting additional time.

Signed: April 21, 2016

Dennis L. Howell
United States Magistrate Judge