UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00153-MOC-DLH

| | |
|---|---|
| **DEBORAH C ERVIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    **ORDER** |
| | ) |
| **COMSERV, INC.,** | ) |
| | ) |
| Defendant | ) |

**THIS MATTER** is before the court on the parties' Joint Motion to Dismiss (#18).

Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Joint Motion to Dismiss (#18) is **GRANTED**, and the Clerk of Court is directed to enter a Judgment dismissing the matter with prejudice.

Signed: November 10, 2016

*[Signature]*

Max O. Cogburn Jr.
United States District Judge